**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **STEVEN SIMPSON** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:07cv1131** |
| | ) | **Judge Thomas A. Wiseman, Jr.** |
| **VANDERBILT UNIVERISTY, et al.,** | ) | **Magistrate Judge Joe B. Brown** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is Defendant Judy Araque's Motion to Dismiss for Failure to State a Claim upon Which Relief can be Granted (Doc. No. 6), brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff Steven Simpson failed to file a Response to Defendant Araque's Motion. Defendant Araque seeks dismissal of all claims asserted against her.

As discussed in the accompanying Memorandum Opinion, the Court finds that Defendant Araque is not a proper defendant with respect to any of the claims asserted against her. Accordingly, Defendant Araque's motion is hereby **GRANTED** and the claims against her **DISMISSED**.

This matter is referred back to Magistrate Judge Brown for further case management as necessary.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge